**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

IMOGENE MURPHY,

 Plaintiff,

v.            CASE NO. 4:09cv186-RH/WCS

MICHAEL J. ASTRUE,

 Defendant.

_____/

**ORDER OF AFFIRMANCE**

This case is before the court on the magistrate judge's report and recommendation (document 19). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The Commissioner's decision denying the plaintiff's application for disability benefits is AFFIRMED. The clerk must enter judgment and close the file.

SO ORDERED on March 19, 2010.

                                              <u>s/Robert L. Hinkle</u>
                                              United States District Judge